■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ISRAEL OLIVIERI, Appellant. [708 NYS2d 620] —Judgment, Supreme Court, Bronx County (Dominic Massaro, J.), rendered August 14, 1997, convicting defendant, after a jury trial, of robbery in the first and second degrees and assault ·in the second degree, and sentencing him, as a persistent violent felony offender, to concurrent terms of 20 years to life, 20 years to life, and 12 years to life, respectively, unanimously affirmed.

Defendant's challenges to the People's summation are unpreserved and we decline to review them in the interest of justice. Were we to review these claims, we would find that the challenged portions of the summation were responsive to credibility issues raised by defendant and did not deprive defendant of a fair trial, particularly in light of the overwhelming evidence of his guilt (see, People v Overlee, 236 AD2d 133, lv denied 91 NY2d 976; People v D'Alessandro, 184 AD2d 114, 118-119, lv denied 81 NY2d 884). Concur—Rosenberger, J. P., Williams, Mazzarelli, Rubin and Friedman, JJ.

■ CESAR MENA, Respondent, v FOUR WHEELS Co. et al., Appellants. [708 NYS2d 74] —Order, Supreme Court, New York County (Richard Lowe, III, J.), entered October 13, 1999, which denied defendants' motion for a change of venue from New York County to Suffolk County, unanimously affirmed, without costs.

The motion was properly denied in the absence of a plausible explanation for not having made it until a year after the action was commenced, and also after the note of issue had been filed (see, CPLR 511 [a]). Defendants' showing of the inconvenience to two witnesses, residents of eastern Nassau and western Suffolk Counties, in having to travel to downtown New York instead of Riverhead, is not sufficiently compelling to counter the unreasonable delay in making the motion. Concur—Rosenberger, J. P., Williams, Mazzarelli, Rubin and Friedman, JJ.